# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE RICE,<br><br>          Petitioner,<br><br>   v.<br><br>M.D. BITER, Warden,<br><br>          Respondent. | Case No. CV 14-1287-JGB (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that (1) Respondent's Motion to Dismiss the Petition is denied; (2) Petitioner's Motion for Stay (Docket No. 2) is denied as moot; and (3) Respondent shall file an Answer to the Petition within thirty (30) days of this Order.

DATED: <u>August 29, 2014</u>

                                              JESUS G. BERNAL<br>
                                              UNITED STATES DISTRICT JUDGE